**Fill in this information to identify the case:**

United States Bankruptcy Court for the:

__Southern__ District of __New York__
(State)

Case number (If known): _____ Chapter __7__

☐ Check if this is an amended filing

Official Form 205

# Involuntary Petition Against a Non-Individual                                12/15

Use this form to begin a bankruptcy case against a non-individual you allege to be a debtor subject to an involuntary case. If you want to begin a case against an individual, use the *Involuntary Petition Against an Individual* (Official Form 105). Be as complete and accurate as possible. If more space is needed, attach any additional sheets to this form. On the top of any additional pages, write debtor's name and case number (if known).

### Part 1: Identify the Chapter of the Bankruptcy Code Under Which Petition Is Filed

1. **Chapter of the Bankruptcy Code**

   Check one:

   ☑ Chapter 7
   ☐ Chapter 11

### Part 2: Identify the Debtor

2. **Debtor's name**: Global Brokerage Holdings, LLC

3. **Other names you know the debtor has used in the last 8 years**

   Include any assumed names, trade names, or *doing business as* names.

4. **Debtor's federal Employer Identification Number (EIN)**

   ☑ Unknown

   __ __ – __ __ __ __ __ __ __
   EIN

5. **Debtor's address**

   **Principal place of business**

   55 Water Street
   Number    Street

   New York        NY    10041
   City            State  ZIP Code

   New York
   County

   **Mailing address, if different**

   Number    Street

   P.O. Box

   City    State    ZIP Code

   **Location of principal assets, if different from principal place of business**

   Number    Street

   City    State    ZIP Code

Official Form 205                    Involuntary Petition Against a Non-Individual                    page 1

| Debtor | Global Brokerage Holdings, LLC | Case number (if known) |
|---|---|---|
| | Name | |

| 6. | **Debtor's website** (URL) | https://ir.globalbrokerage.info/ |
|---|---|---|

| 7. | **Type of debtor** | ☑ Corporation (including Limited Liability Company (LLC) and Limited Liability Partnership (LLP))<br>☐ Partnership (excluding LLP)<br>☐ Other type of debtor. Specify: _____ |
|---|---|---|

| 8. | **Type of debtor's business** | *Check one:*<br>☐ Health Care Business (as defined in 11 U.S.C. § 101(27A))<br>☐ Single Asset Real Estate (as defined in 11 U.S.C. § 101(51B))<br>☐ Railroad (as defined in 11 U.S.C. § 101(44))<br>☐ Stockbroker (as defined in 11 U.S.C. § 101(53A))<br>☐ Commodity Broker (as defined in 11 U.S.C. § 101(6))<br>☐ Clearing Bank (as defined in 11 U.S.C. § 781(3))<br>☑ None of the types of business listed.<br>☐ Unknown type of business. |
|---|---|---|

| 9. | **To the best of your knowledge, are any bankruptcy cases pending by or against any partner or affiliate of this debtor?** | ☐ No<br>☑ Yes. Debtor  Global Brokerage, Inc.    Relationship  Managing member and 100% equity owner<br>District  SDNY    Date filed _____ MM / DD / YYYY    Case number, if known _____<br><br>Debtor _____    Relationship _____<br>District _____    Date filed _____ MM / DD / YYYY    Case number, if known _____ |
|---|---|---|

**Part 3:    Report About the Case**

| 10. | **Venue** | *Check one:*<br>☑ Over the last 180 days before the filing of this bankruptcy, the debtor had a domicile, principal place of business, or principal assets in this district longer than in any other district.<br>☐ A bankruptcy case concerning debtor's affiliates, general partner, or partnership is pending in this district. |
|---|---|---|

| 11. | **Allegations** | Each petitioner is eligible to file this petition under 11 U.S.C. § 303(b).<br>The debtor may be the subject of an involuntary case under 11 U.S.C. § 303(a).<br><br>*At least one box must be checked*:<br>☑ The debtor is generally not paying its debts as they become due, unless they are the subject of a bona fide dispute as to liability or amount.<br>☐ Within 120 days before the filing of this petition, a custodian, other than a trustee, receiver, or an agent appointed or authorized to take charge of less than substantially all of the property of the debtor for the purpose of enforcing a lien against such property, was appointed or took possession. |
|---|---|---|

| 12. | **Has there been a transfer of any claim against the debtor by or to any petitioner?** | ☑ No<br>☐ Yes. Attach all documents that evidence the transfer and any statements required under Bankruptcy Rule 1003(a). |
|---|---|---|

| Debtor | Global Brokerage Holdings, LLC | Case number *(if known)* _____ |
|---|---|---|
| | Name | |

| 13. Each petitioner's claim | Name of petitioner | Nature of petitioner's claim | Amount of the claim above the value of any lien |
|---|---|---|---|
| | One or more funds or accounts managed, advised, or controlled by Wolverine Asset Management, LLC | 7.00% Secured PIK Notes; see Statement filed herewith | $ Not less than $18,600 |
| | Craig Carlozzi | 7.00% Secured PIK Notes; see Statement filed herewith | $ Not less than $18,600 |
| | Ryan Goldman | 7.00% Secured PIK Notes; see Statement filed herewith | $ Not less than $18,600 |
| | | **Total of petitioners' claims** | $ Not less than $55,800 |

If more space is needed to list petitioners, attach additional sheets. Write the alleged debtor's name and the case number, if known, at the top of each sheet. Following the format of this form, set out the information required in Parts 3 and 4 of the form for each additional petitioning creditor, the petitioner's claim, the petitioner's representative, and the petitioner's attorney. Include the statement under penalty of perjury set out in Part 4 of the form, followed by each additional petitioner's (or representative's) signature, along with the signature of the petitioner's attorney.

## Part 4: Request for Relief

**WARNING -- Bankruptcy fraud is a serious crime.** Making a false statement in connection with a bankruptcy case can result in fines up to $500,000 or imprisonment for up to 20 years, or both. 18 U.S.C. §§ 152, 1341, 1519, and 3571.

Petitioners request that an order for relief be entered against the debtor under the chapter of 11 U.S.C. specified in this petition. If a petitioning creditor is a corporation, attach the corporate ownership statement required by Bankruptcy Rule 1010(b). If any petitioner is a foreign representative appointed in a foreign proceeding, attach a certified copy of the order of the court granting recognition.

I have examined the information in this document and have a reasonable belief that the information is true and correct.

| **Petitioners or Petitioners' Representative** | **Attorneys** |
|---|---|
| **Name and mailing address of petitioner** | |
| Wolverine Asset Management, LLC (on behalf of funds or accounts managed, advised, or controlled thereby) | Robert J. Stark |
| Name | Printed name |
| 175 W. Jackson Blvd., Suite 340 | Brown Rudnick LLP |
| Number     Street | Firm name, if any |
| Chicago         IL         60604 | Seven Times Square |
| City         State         ZIP Code | Number     Street |
| | New York       NY       10036 |
| | City       State       ZIP Code |
| **Name and mailing address of petitioner's representative, if any** | Contact phone 212-209-4800   Email rstark@brownrudnick.com |
| Name | Bar number 2739035 |
| Number    Street | State NY |
| City    State    ZIP Code | |
| I declare under penalty of perjury that the foregoing is true and correct. | |
| Executed on _____ | ✗ *Robert Stark* |
| MM / DD / YYYY | Robert Stark (Mar 19, 2023 19:34 EDT) |
| | Signature of attorney |
| ✗ _____ | Date signed Mar 19, 2023 |
| Signature of petitioner or representative, including representative's title | MM / DD / YYYY |

| Debtor | Global Brokerage Holdings, LLC | Case number (if known) | |
|---|---|---|---|
| | Name | | |

**13. Each petitioner's claim**

| Name of petitioner | Nature of petitioner's claim | Amount of the claim above the value of any lien |
|---|---|---|
| One or more funds or accounts managed, advised, or controlled by Wolverine Asset Management, LLC | 7.00% Secured PIK Notes; see Statement filed herewith | $ Not less than $18,600 |
| Craig Carlozzi | 7.00% Secured PIK Notes; see Statement filed herewith | $ Not less than $18,600 |
| Ryan Goldman | 7.00% Secured PIK Notes; see Statement filed herewith | $ Not less than $18,600 |
| | Total of petitioners' claims | $ Not less than $55,800 |

If more space is needed to list petitioners, attach additional sheets. Write the alleged debtor's name and the case number, if known, at the top of each sheet. Following the format of this form, set out the information required in Parts 3 and 4 of the form for each additional petitioning creditor, the petitioner's claim, the petitioner's representative, and the petitioner's attorney. Include the statement under penalty of perjury set out in Part 4 of the form, followed by each additional petitioner's (or representative's) signature, along with the signature of the petitioner's attorney.

## Part 4: Request for Relief

**WARNING** -- Bankruptcy fraud is a serious crime. Making a false statement in connection with a bankruptcy case can result in fines up to $500,000 or imprisonment for up to 20 years, or both. 18 U.S.C. §§ 152, 1341, 1519, and 3571.

Petitioners request that an order for relief be entered against the debtor under the chapter of 11 U.S.C. specified in this petition. If a petitioning creditor is a corporation, attach the corporate ownership statement required by Bankruptcy Rule 1010(b). If any petitioner is a foreign representative appointed in a foreign proceeding, attach a certified copy of the order of the court granting recognition.

I have examined the information in this document and have a reasonable belief that the information is true and correct.

**Petitioners or Petitioners' Representative**

Name and mailing address of petitioner
Wolverine Asset Management, LLC (on behalf of funds or accounts managed, advised, or controlled thereby)
Name

175 W. Jackson Blvd., Suite 340
Number   Street

Chicago          IL          60604
City             State       ZIP Code

Name and mailing address of petitioner's representative, if any

_____
Name

_____
Number   Street

_____
City     State   ZIP Code

I declare under penalty of perjury that the foregoing is true and correct.

Executed on  03/13/2023
             MM / DD / YYYY

✗ _[signature]_
Signature of petitioner or representative, including representative's title
Kenneth Nadel, Chief Operating Officer

**Attorneys**

Robert J. Stark
Printed name

Brown Rudnick LLP
Firm name, if any

Seven Times Square
Number   Street

New York              NY        10036
City                  State     ZIP Code

Contact phone  212-209-4800   Email  rstark@brownrudnick.com

Bar number     2739035

State          NY

✗ _____
Signature of attorney

Date signed    _____
               MM / DD / YYYY

Official Form 205          Involuntary Petition Against a Non-Individual          page 3

Debtor    Global Brokerage Holding, LLC
          Name

Case number (if known) _____

---

**Name and mailing address of petitioner**

Craig Carlozzi
Name

38 Sterling Road
Number    Street

Wellesley                         MA           02482
City                              State        ZIP Code

**Name and mailing address of petitioner's representative, if any**

_____
Name

_____
Number    Street

_____
City        State    ZIP Code

I declare under penalty of perjury that the foregoing is true and correct.

Executed on  3/13/23
             MM / DD / YYYY

✗ _____
Signature of petitioner or representative, including representative's title

_____
Printed name

_____
Firm name, if any

_____
Number    Street

_____
City             State      ZIP Code

Contact phone _____  Email _____

Bar number _____

State _____

✗ _____
Signature of attorney

Date signed _____
            MM / DD / YYYY

---

**Name and mailing address of petitioner**

Ryan Goldman
Name

570 Lawrence Ave
Number    Street

Westfield                         NJ           07090
City                              State        ZIP Code

**Name and mailing address of petitioner's representative, if any**

_____
Name

_____
Number    Street

_____
City        State    ZIP Code

I declare under penalty of perjury that the foregoing is true and correct.

Executed on  3/13/23
             MM / DD / YYYY

✗ _____
Signature of petitioner or representative, including representative's title

_____
Printed name

_____
Firm name, if any

_____
Number    Street

_____
City             State      ZIP Code

Contact phone _____  Email _____

Bar number _____

State _____

✗ _____
Signature of attorney

Date signed _____
            MM / DD / YYYY

---

Official Form 205                Involuntary Petition Against a Non-Individual                page 4

**BROWN RUDNICK LLP**
Seven Times Square
New York, NY 10036
T: 212-209-4800
Robert J. Stark
rstark@brownrudnick.com
Andrew M. Carty
acarty@brownrudnick.com

*Counsel for Petitioning Creditors*

**UNITED STATES BANKRUPTCY COURT**
**SOUTHERN DISTRICT OF NEW YORK**

| | |
|---|---|
| **In re:**<br><br>**GLOBAL BROKERAGE HOLDINGS, LLC**[1]<br><br>                      **Debtor.** | Chapter 7<br><br>Case No. 23-_____ |

**AFFIDAVIT OF CRAIG CARLOZZI PURSUANT TO**
**RULE 1003(A) OF THE FEDERAL RULES OF BANKRUPTCY PROCEDURE**

I, Craig Carlozzi, being duly sworn, state the following under penalty of perjury:

1.      I submit this affidavit on behalf of myself in connection with the above-captioned involuntary Chapter 7 cases (the "Bankruptcy Cases") filed against Global Brokerage, Inc. ("GLBR") and Global Brokerage Holdings, LLC ("Holdings," and, together with GLBR, the "Debtors"). I am familiar with the facts set forth herein through my own personal knowledge or through a review of documents related to the claims set forth herein against the Debtors. If

---

[1]    The Debtors in these cases are: Global Brokerage, Inc. and Global Brokerage Holdings, LLC. The Petitioning Creditors do not know the federal tax identification numbers of the Debtors. The Debtors' last known principal place of business is 55 Water Street, 50th Floor, New York, NY 10041. The last known address for the Debtors' board of directors is: Global Brokerage, Inc. Board of Directors, c/o General Counsel, 520 Madison Ave 18th Floor, New York, NY 10022.

called to testify in connection with these Bankruptcy Cases, the following would constitute my testimony.

2. I hold claims against the Debtors consisting, as of the petition date, of not less than $1,225,343 in principal amount (including accrued PIK interest) of those certain 7.00% Secured PIK Toggle Notes due 2023 (the "Notes") issued by GLBR, and guaranteed by Holdings, pursuant to that certain indenture, dated as of February 8, 2018 (the "Indenture").

3. My holdings of the Notes were acquired in the open market, as reflected in the attached documents. The consideration paid by me in connection with each purchase of the Notes is also reflected in the attached documents.

4. I acquired the Notes for investment purposes and not for the purpose of commencing these Bankruptcy Cases.

I swear under penalty of perjury that the foregoing is true and correct to the best of my knowledge, information, and belief.

Dated: March 21, 2023
New York, New York

*/s/ Craig Carlozzi*
Craig Carlozzi

2





# Portfolio valuation as at 28 February 2023 in USD



| Quantity | Description | Market price Correction factor | Gross unit cost Net cost (USD) | Unrealised (orig.) Unrealised (USD) | Valuation (orig.) | Valuation (USD) | Weight |
|---|---|---|---|---|---|---|---|
| 1'225'343 | 7% Glb Brokerage 18/23 -Pik-Def- Mat. (prob.): 08.02.2023 Yld: 0.00% ISIN: US37891BAA70 | 0.17% USD | 0.09% USD 1'102.81 USD | 933.24 (84.62%) USD 933.24 (84.62%) | 2'036.05 USD | 2'036.05 | 0.07% |

**BROWN RUDNICK LLP**
Seven Times Square
New York, NY 10036
T: 212-209-4800
Robert J. Stark
rstark@brownrudnick.com
Andrew M. Carty
acarty@brownrudnick.com

*Counsel for Petitioning Creditors*

**UNITED STATES BANKRUPTCY COURT**
**SOUTHERN DISTRICT OF NEW YORK**

| | |
|---|---|
| **In re:**<br><br>**GLOBAL BROKERAGE HOLDINGS, LLC**[1]<br><br>**Debtor.** | Chapter 7<br><br>Case No. 23-_____ |

**AFFIDAVIT OF WILLIAM RYAN GOLDMAN PURSUANT TO**
**RULE 1003(A) OF THE FEDERAL RULES OF BANKRUPTCY PROCEDURE**

I, William Ryan Goldman, being duly sworn, state the following under penalty of perjury:

1. I submit this affidavit on behalf of myself in connection with the above-captioned involuntary Chapter 7 cases (the "Bankruptcy Cases") filed against Global Brokerage, Inc. ("GLBR") and Global Brokerage Holdings, LLC ("Holdings," and, together with GLBR, the "Debtors"). I am familiar with the facts set forth herein through my own personal knowledge or

---

[1] The Debtors in these cases are: Global Brokerage, Inc. and Global Brokerage Holdings, LLC. The Petitioning Creditors do not know the federal tax identification numbers of the Debtors. The Debtors' last known principal place of business is 55 Water Street, 50th Floor, New York, NY 10041. The last known address for the Debtors' board of directors is: Global Brokerage, Inc. Board of Directors, c/o General Counsel, 520 Madison Ave 18th Floor, New York, NY 10022.

through a review of documents related to the claims set forth herein against the Debtors. If called to testify in connection with these Bankruptcy Cases, the following would constitute my testimony.

2. I hold claims against the Debtors consisting, as of the petition date, of not less than $71,231,903 in principal amount (including accrued PIK interest) of those certain 7.00% Secured PIK Toggle Notes due 2023 (the "Notes") issued by GLBR, and guaranteed by Holdings, pursuant to that certain indenture, dated as of February 8, 2018 (the "Indenture").

3. My holdings of the Notes were acquired in the open market, as reflected in the attached documents. The consideration paid by me in connection with each purchase of the Notes is also reflected in the attached documents.

4. I acquired the Notes for investment purposes and not for the purpose of commencing these Bankruptcy Cases.

I swear under penalty of perjury that the foregoing is true and correct to the best of my knowledge, information, and belief.

Dated: March 21, 2023
      New York, New York

                                     */s/ W. Ryan Goldman*
                                     William Ryan Goldman



**Name:** WILLIAM RYAN GOLDMAN
**Account Number:**
**Statement Period:** 02/01/23 - 02/28/23

**Seaport Global Securities LLC**
360 Madison Avenue-22nd Flr
New York, NY 10017

## PORTFOLIO SUMMARY

### Corporate Bonds (unrealized)

| Description | Acquired Date | Unit Cost Basis | Total Cost Basis | Current Quantity | Estimated Market Price | Estimated Market Value | Profit/ (Loss) | Accrued Interest | Current Yield % | Estimated Annual Income |
|---|---|---|---|---|---|---|---|---|---|---|
| ESC CB GNC HLDGS INC ESCROW BOND ZERO% 01/01/2021 | | ---- | ---- | 8,090,000 | ---- | ---- | ---- | ---- | ---- | ---- |
| ***GLOBAL BROKERAGE INC | 03/5/20 | .2500 | 14,401 | 5,760,575 | .110 | 6,337 | (8,064.81) | ---- | ---- | ---- |
| ***GLOBAL BROKERAGE INC | 08/10/20 | ---- | ---- | 201,620 | .110 | 222 | ---- | ---- | ---- | ---- |
| ***GLOBAL BROKERAGE INC | 11/30/20 | .0500 | 21,749 | 43,498,742 | .110 | 47,849 | 26,099.25 | ---- | ---- | ---- |
| ***GLOBAL BROKERAGE INC | 01/11/21 | .0500 | 3,030 | 6,000,000 | .110 | 6,600 | 3,570.00 | ---- | ---- | ---- |
| ***GLOBAL BROKERAGE INC | 02/9/21 | ---- | ---- | 1,941,133 | .110 | 2,135 | ---- | ---- | ---- | ---- |
| ***GLOBAL BROKERAGE INC | 12/21/21 | .0700 | 4,620 | 6,600,046 | .110 | 7,260 | 2,640.02 | ---- | ---- | ---- |
| ***GLOBAL BROKERAGE INC | 03/16/22 | ---- | ---- | 2,009,072 | .110 | 2,210 | ---- | ---- | ---- | ---- |
| ***GLOBAL BROKERAGE INC | 03/22/22 | ---- | ---- | 2,310,376 | .110 | 2,541 | ---- | ---- | ---- | ---- |
| ***GLOBAL BROKERAGE INC | 05/9/22 | ---- | ---- | 239,086 | .110 | 263 | ---- | ---- | ---- | ---- |
| ***GLOBAL BROKERAGE INC | 08/10/22 | ---- | ---- | 2,399,622 | .110 | 2,640 | ---- | ---- | ---- | ---- |
| ***GLOBAL BROKERAGE INC | 02/16/23 | .1090 | 420 | 381,631 | .110 | 420 | ---- | ---- | ---- | ---- |
| **GLOBAL BROKERAGE INC** | | ---- | ---- | 71,341,903 | .110 | 78,476 | 24,244.46 | ---- | ---- | ---- |

BROWN RUDNICK LLP
Seven Times Square
New York, NY 10036
T: 212-209-4800
Robert J. Stark
rstark@brownrudnick.com
Andrew M. Carty
acarty@brownrudnick.com

*Counsel for Petitioning Creditors*

**UNITED STATES BANKRUPTCY COURT**
**SOUTHERN DISTRICT OF NEW YORK**

| | |
|---|---|
| **In re:**<br><br>**GLOBAL BROKERAGE HOLDINGS, LLC**[1]<br><br>**Debtor.** | Chapter 7<br><br>Case No. 23-_____ |

**AFFIDAVIT OF KENNETH NADEL PURSUANT TO**
**RULE 1003(A) OF THE FEDERAL RULES OF BANKRUPTCY PROCEDURE**

I, Kenneth Nadel, being duly sworn, state the following under penalty of perjury:

1. I submit this affidavit on behalf of Wolverine Asset Management, LLC ("Wolverine") in connection with the above-captioned involuntary Chapter 7 cases (the "Bankruptcy Cases") filed against Global Brokerage, Inc. ("GLBR") and Global Brokerage Holdings, LLC ("Holdings," and, together with GLBR, the "Debtors"). I am familiar with the facts set forth herein through my own personal knowledge or through a review of documents

---

[1] The Debtors in these cases are: Global Brokerage, Inc. and Global Brokerage Holdings, LLC. The Petitioning Creditors do not know the federal tax identification numbers of the Debtors. The Debtors' last known principal place of business is 55 Water Street, 50th Floor, New York, NY 10041. The last known address for the Debtors' board of directors is: Global Brokerage, Inc. Board of Directors, c/o General Counsel, 520 Madison Ave 18th Floor, New York, NY 10022.

related to the claims set forth herein against the Debtors. If called to testify in connection with these Bankruptcy Cases, the following would constitute my testimony.

2. I am the Chief Operating Officer of Wolverine. Wolverine manages, advises, and/or controls certain fund(s) that hold claims against the Debtors, and in such capacity is a petitioning creditor under the involuntary petitions. Such claims consist, as of the petition date, of not less than $32,264,945 in principal amount (including accrued PIK interest) of those certain 7.00% Secured PIK Toggle Notes due 2023 (the "Notes") issued by GLBR, and guaranteed by Holdings, pursuant to that certain indenture, dated as of February 8, 2018 (the "Indenture").

3. Such Notes were acquired both: (i) pursuant to the *Prepackaged Plan of Reorganization of Global Brokerage, Inc. Pursuant to Chapter 11 of the Bankruptcy Code*, dated November 10, 2017 (Case No. 17-13532) (MEW) [ECF No. 10], which was confirmed by Order of the United States Bankruptcy Court for the Southern District of New York pursuant to the *Findings of Fact, Conclusions of Law, and Order (i) Approving Debtor's (a) Disclosure Statement, (b) Solicitation of Votes and Voting Procedures and (c) Form of Ballots, and (ii) Confirming Prepackaged Chapter 11 Plan of Reorganization of Global Brokerage, Inc.*, dated January 22, 2018 (Case No. 17-13532) (MEW) [ECF No. 67]; and (ii) in the open market, as reflected in the attached documents. The consideration paid or received by the Petitioning Creditor in connection with each purchase of the Notes in the open market is also reflected in the attached documents.

4. The Notes were acquired for investment purposes and not for the purpose of commencing these Bankruptcy Cases.

2

I swear under penalty of perjury that the foregoing is true and correct to the best of my knowledge, information, and belief.

Dated: March 21, 2023
      Chicago, Illinois

/s/ _____
NAME: Kenneth Nadel
      Chief Operating Officer
      Wolverine Asset Management

3

**BROWN RUDNICK LLP**
Seven Times Square
New York, NY 10036
T: 212-209-4800
Robert J. Stark
rstark@brownrudnick.com
Andrew M. Carty
acarty@brownrudnick.com

*Counsel for Petitioning Creditors*

**UNITED STATES BANKRUPTCY COURT**
**SOUTHERN DISTRICT OF NEW YORK**

| | |
|---|---|
| **In re:**<br><br>**GLOBAL BROKERAGE HOLDINGS, LLC.**[1]<br><br>**Debtor.** | Chapter 7<br><br>Case No. 23-_____ |

## CORPORATE OWNERSHIP STATEMENT

Pursuant to Rules 1010(b) of 7007.1 of the Federal Rules of Bankruptcy Procedures, and Rule 1010-1 of the Local Bankruptcy Rules for the Southern District of New York, Wolverine Asset Management, LLC ("Wolverine"), as a petitioning creditor in the above-captioned Chapter 7 case, respectfully represents that as of the petition date:

1. Wolverine is not a publicly traded company.

2. Wolverine Holdings, L.P. owns 100% of the equity interests in Wolverine.

---

[1] The Debtors in these cases are: Global Brokerage, Inc. and Global Brokerage Holdings, LLC. The Petitioning Creditors do not know the federal tax identification numbers of the Debtors. The Debtors' last known principal place of business is 55 Water Street, 50th Floor, New York, NY 10041. The last known address for the Debtors' board of directors is: Global Brokerage, Inc. Board of Directors, c/o General Counsel, 520 Madison Ave 18th Floor, New York, NY 10022.

Dated: March 16, 2023
      Chicago, Illinois

By: _____
     Kenneth Nadel
     Chief Operating Officer